IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr151

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| GIUSEPPE PILEGGI, et al. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Motion of the United States to consolidate Case Number 3:06cr151 with Case Number 3:05cr400 (pending before the Hon. Frank D. Whitney). (Doc. No. 30). No defendant arrested in this case has objected to the motion.

The Court finds that the interests of justice will be served by one judicial official presiding over both cases which are similar in nature and involve some of the same alleged victims.

**IT IS, THEREFORE, ORDERED** that the Motion of the United States is **GRANTED** and Case No. 3:06cr151 is hereby re-assigned to Judge Whitney.

The Clerk is directed to certify copies of this Order to defendant, defense counsel, U.S. Probation Office, U.S. Marshal Service, and the U.S. Attorney.

Signed: July 27, 2006

_____
Robert J. Conrad, Jr.
Chief United States District Judge