IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, ) | DOCKET NO. 3:06 CR 151 |
| ) | |
| v. ) | |
| ) | |
| (1) GIUSEPPE PILEGGI, ) | |
| (2) HERMAN KANKRINI, ) | |
| (3) MICHAEL ATTILIO MANGARELLA, ) | |
| (4) DAVID MICHAEL HENNESSEY, ) | |
| (5) ROBERT KUSTRA, ) | |
| (6) MARTIN KALCHSTEIN, ) | |
| (7) LARRY EDWARD CUNNINGHAM ) | |
|   a/k/a "Russ Elkins," ) | |
| (8) BRIAN WALL COYLE ) | |
|   a/k/a "Steven Blain" ) | |
|   a/k/a "Boracho," ) | |
| (9) JESSE DAVID REID, ) | |
| (10) VICTOR RONALD KUSTRA, ) | |
| (11) MICHAEL FORCHEMER, ) | |
| (12) ANDREAS ROMAN LEIMER, ) | |
|     and ) | |
| (13) TRENT BRADFORD NYFFELER ) | |
|   a/k/a "Tula" ) | |

**ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED CASES**

This matter is before the Court on Motion by the United States of America to consolidate the above-captioned case with <u>United States v. Charles Robert Cummins, et al.</u>, Docket No: 3:05CR400. The United States of America is not seeking consolidation of these matters for trial. Rather, consolidation is sought to allow both cases to be presided over by the same judge. As it appears to the Court that these cases involve similar issues, consolidating these cases before one jurist will provide greater convenience and economy in the administration of these cases. Accordingly,

the Court shall grant the Motion.

**IT IS HEREBY ORDERED** that the above-captioned case is consolidated for administrative purposes with <u>United States v. Charles Robert Cummins, et al.</u>, Docket No: 3:05CR400, in that both matters will now appear on the criminal docket for the undersigned presiding Judge; and it is

**FURTHER ORDERED** that the clerk of court shall reassign the above-captioned case to the judge presiding over <u>United States v. Charles Robert Cummins, et al.</u>, Docket No: 3:05CR400.

**IT IS SO ORDERED.**

Signed: August 27, 2006

Frank D. Whitney
United States District Judge