PS 40a
(REV. NCWP 5/06)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**FILED
CHARLOTTE, NC
JUN - 5 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC**

TO: Immigration and Customs Enforcement - DRO
Field Office Directory, Atlanta
77 Forsyth St., SW, Suite 117
Atlanta, GA 30303

FROM: U.S. Probation Office
200 S. College Street, Suite 1650
Charlotte, NC 28202-2005

☒ **Original Notice**

Date: May 31, 2007

BY: Deborah S. Fackrell

☐ **Disposition of Original Notice**

Date: _____

BY: _____

Defendant: Kankrini, Herman

Date of Birth: 10-30-1963

SSN: none

Case Number: 3:06cr151-02-C

Place of Birth: Slovakia

**NOTICE OF COURT ORDER** (Order Date: 5-31-2007)

SO ORDERED, this 31st day of May, 2007,

Carl Horn, III
U.S. Magistrate Judge

☒ The above-named defendant surrendered Passport Number VN433661 (Issuing Country Canada) to the custody of the U.S. Probation Office on 5-22-2007.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

Distribution
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)