# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:06-CR-00151-FDW-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| HERMAN KANKRINI, ) | ORDER |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon motion of Defendant (Doc. No. 222) to seal responsive affidavit related to this Court's Order entered September 20, 2007 (Doc. No. 210).

IT IS THEREFORE ORDERED that Defendant's responsive affidavit should be, and hereby is, sealed until further order of this Court.

IT IS SO ORDERED.  Signed: October 23, 2007

Frank D. Whitney
United States District Judge